Form 3A Contd.
(10/05)

# United States Bankruptcy Court
___Northern___ District Of ___Illinois___

In re ___Jimmie L. Wright___,
               Debtor

Case No. _07-70829_

Chapter ___13___

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one ☐ With the filing of the petition, or
                               ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                                                 BY THE COURT

Date: _____    _____
                                                        *United States Bankruptcy Judge*