# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JIMMIE L. WRIGHT  
433 WILLIS AVENUE, #7  
ROCHELLE, IL 61068  

SSN-xxx-xx-0421

Case Number: 07-70829

Case filed on: 4/10/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $225.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JIMMIE L. WRIGHT (PRO SE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JIMMIE L. WRIGHT | 0.00 | 0.00 | 225.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 225.00 | 0.00 |
| 001 | TRI STATE TOWING | 838.00 | 838.00 | 0.00 | 0.00 |
| 024 | DOMINIUM MANAGEMENT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 838.00 | 838.00 | 0.00 | 0.00 |
| 002 | KANE COUNTY CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | RECEIVABLES MANAGMENT, INC. | 90.00 | 90.00 | 0.00 | 0.00 |
| 004 | ILLINOIS STATE TOLL HIGHWAY AUTHORITY | 9,171.60 | 9,171.60 | 0.00 | 0.00 |
| 005 | AURORA EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | FIRST CONSUMERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | TCF NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NATIONAL RECOVERIES | 96.95 | 96.95 | 0.00 | 0.00 |
| 012 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NEW MILLENNIUM BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COLLINS FINANCIAL SERVICES INC | 231.40 | 231.40 | 0.00 | 0.00 |
| 015 | SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ECMC | 188,606.00 | 188,606.00 | 0.00 | 0.00 |
| 018 | NATIONAL-LOUIS UNIVERSITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | UNIVERSITY OF ILLINOIS MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | HOUSEHOLD ARBOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | GREATER SUBURBAN ACCEPTANCE CORP | 4,782.22 | 4,782.22 | 0.00 | 0.00 |
| 022 | FIRST CONSUMERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | FIRST NATIONAL CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | COMED CO | 199.61 | 199.61 | 0.00 | 0.00 |
| 026 | VATIV RECOVERY SOLUTIONS LLC | 840.55 | 840.55 | 0.00 | 0.00 |
| 027 | ILLINOIS STATE TOLL HIGHWAY AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 204,018.33 | 204,018.33 | 0.00 | 0.00 |
|  | Grand Total: | 204,856.33 | 204,856.33 | 225.00 | 0.00 |

Total Paid Claimant:       $225.00  
Trustee Allowance:         $0.00           Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:    0.00            discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007           By  /s/Heather M. Fagan